UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-00093-FMO-SSC                         Date: June 10, 2025

Title         Bernard J. Spencer v. Deputy Ponce, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

     On January 10, 2025, *pro se* Plaintiff Bernard J. Spencer filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  (ECF 1.)  On February 12, 2025, the Court issued an order advising Plaintiff that the U.S. Marshals Service was unable to serve any of the Defendants because their first names or badge numbers are required.  Following two extensions of time, the Court gave Plaintiff until May 23, 2025, to provide first names or badge numbers for the Defendants.  (ECF 14; ECF 16; ECF 18.)  The deadline to provide Defendants' first names or badge numbers has passed and the court has not received any additional communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:25-cv-00093-FMO-SSC            Date: June 10, 2025

Title    Bernard J. Spencer v. Deputy Ponce, et al.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **June 30, 2025** why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **June 30, 2025**.

    If Plaintiff provides Defendants' first names or badge numbers or files a notice of voluntary dismissal by **June 30, 2025**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

    Plaintiff is cautioned that failure to file a timely response to this order to show cause, notice of Defendants' first names or badge numbers, or notice of voluntary dismissal will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |