UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-00093-FMO-SSC                    Date: December 18, 2025

Title          Bernard J. Spencer v. Ponce, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:
         None Present                                              None Present

**Proceedings:**    (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On January 10, 2025, *pro se* Plaintiff Bernard J. Spencer filed a complaint against Defendants Deputy Ponce, Deputy Siepert and Dep. Sgt. Mr. Aguirre. On August 8, 2025, Defendants Aguirre and Siepert filed a Motion to Dismiss, and on October 27, 2025, Defendant Ponce filed a Motion to Dismiss. The Court ordered Plaintiff to file an opposition or non-opposition to the motions no later than December 8, 2025. The deadline to file an opposition or non-opposition has passed and the court has not received any response or any other communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-00093-FMO-SSC                    Date: December 18, 2025

Title      Bernard J. Spencer v. Ponce, et al.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **December 31, 2025,** why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **December 31, 2025.**

    If Plaintiff/Petitioner files a response to the motions to dismiss by **December 31, 2025**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

    Plaintiff is cautioned that failure to timely file a response to the motion to dismiss will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

                                                                                                                                          :

Initials of Preparer     **ts**