UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:25-cv-00093-FMO-SSC Date: July 20, 2026

Title Bernard J. Spencer v. Deputy Ponce, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On January 10, 2025, *pro se* Plaintiff Bernard J. Spencer filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF 1.) The Court granted Plaintiff leave to file a First Amended Complaint on March 13, 2026. (ECF 61.) Despite two extensions and warnings that the action would be terminated absent compliance, Plaintiff has failed to do so. (ECF 65; ECF 68.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **August 5, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00093-FMO-SSC | Date: | July 20, 2026 |
| Title | Bernard J. Spencer v. Deputy Ponce, et al. | | |

Plaintiff is cautioned that failure to file a timely response to this order to show cause, First Amended Complaint, or Stipulation of Dismissal will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**