UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD J. SPENCER,<br>Plaintiff,<br>v.<br>PONCE, et al.,<br>Defendants. | Case No. 5:25-cv-00093-FMO-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Plaintiff's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and conclusions of the magistrate judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered (1) granting Defendants' motion to dismiss (ECF 69) and (2) dismissing the action without prejudice for failing to prosecute and comply with court orders.

DATED: 9/14/26

/s/

HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE