JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNARD J. SPENCER,
Plaintiff,
v.
PONCE, et al.,
Defendants.

Case No. 5:25-cv-00093-FMO-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Defendants' motion to dismiss (ECF 69) is granted and the action is dismissed without prejudice for failing to prosecute and comply with court orders.

DATED: 9/14/26

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE